1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  DEREK R. OWENS (CASBN 230237)
   Special Assistant United States Attorney
5
   KEVIN OSBORNE
6  Law Clerk

7      450 Golden Gate Avenue, 11th Floor
       San Francisco, California 94102
8      Telephone: (415) 436-7200 (San Francisco)
       Fax: (415) 436-7234
9
   Attorneys for Plaintiff
10

11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
                       SAN FRANCISCO DIVISION
14

15

16 UNITED STATES OF AMERICA,          )   CR No.: CR No. 07-0011 MAG
                                      )
17                                    )
           Plaintiff,                 )   STIPULATION AND [PROPOSED]
18                                    )   ORDER EXCLUDING TIME
       v.                             )
19                                    )
   TWANA R. DAVENPORT,                )
20                                    )
                                      )
21         Defendant.                 )
                                      )
22

23     On February 6, 2007, the parties in this case appeared before the Court and stipulated that
24 time should be excluded from the Speedy Trial Act calculations from February 6, 2007 to
25 February 27, 2007 for effective preparation of defense counsel to review the discovery for the
26 case and consult with the defendant. The parties represented that granting the continuance was
27 the reasonable time necessary for effective preparation of both defense counsel and the United
28 States, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

FILED
FEB 0 8 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Chambers Copy – Do Not E-File

Stipulation and [Proposed] Order

1  The parties also agreed that the ends of justice served by granting such a continuance
2  outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §
3  3161(h)(8)(A).
4  SO STIPULATED:

5                                                   KEVIN V. RYAN
6                                                   United States Attorney

7  DATED: 02/06/07                    /s/ Derek R. Owens
                                                DEREK R. OWENS
8                                                 Special Assistant United States Attorney

9  DATED: 02/07/07                    /s/ Steve Kalar
10                                              STEVE KALAR
                                             Attorney for Defendant

12    As the Court found on February 6, 2007, and for the reasons stated above, the Court finds
13 that the ends of justice served by the continuance outweigh the best interests of the public and
14 the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
15 calculations from February 6, 2007 to February 27, 2007 for effective preparation of defense
16 counsel and the United States. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the
17 requested continuance would deny counsel reasonable time necessary for effective preparation
18 and continuity of counsel, taking into account the exercise of due diligence, and would result in a
19 miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

21 SO ORDERED.
22 DATED: 2-9-07                                                MARIA-ELENA JAMES
23                                              United States Magistrate Judge